**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE MEDICINES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HOSPIRA, INC.<br><br>Defendant. | ) | C.A. No. 10-700 (ECR) |

**THE MEDICINES COMPANY'S ANSWER TO DEFENDANT'S COUNTERCLAIMS**

Plaintiff The Medicines Company, by its undersigned attorneys, answers to the Counterclaims of defendant Hospira, Inc. ("Hospira"), as follows:

1. The Medicines Company admits that it filed an action against Hospira for infringement of U.S. Patent Nos. 7,582,727 ("the '727 patent") and 7,595,343 ("the '343 patent") by ANDA Nos. 90-811 and 90-816 which each seek approval to market a generic bivalirudin product before the expiration of the '727 and '343 patents. The Medicines Company denies the remaining allegations in paragraph 1.

2. The Medicines Company admits that Hospira purports to assert its Counterclaims under §§ 2201 and 2202 of the Declaratory Judgment Act and the patent laws of the United States, but denies that the Counterclaims are valid or sustainable.

3. The Medicines Company admits that Hospira purports to base subject-matter jurisdiction of its Counterclaims on 35 U.S.C. §§ 1331 and 1338, but denies that the Counterclaims are valid or sustainable.

4. The Medicines Company admits that this Court has personal jurisdiction over The Medicines Company, but denies the remaining allegations in paragraph 4.

5. The Medicines Company admits that venue is proper in this Court and denies the remaining allegations in paragraph 5.

**COUNT ONE**
(Declaration of Non-Infringement of the '727 Patent)

6. The Medicines Company repeats and incorporates its responses to each of the foregoing paragraphs as if fully set forth herein.

7. The Medicines Company denies the allegations in paragraph 7.

8. The Medicines Company denies the allegations in paragraph 8.

**COUNT TWO**
(Declaration of Non-Infringement of the '343 Patent)

9. The Medicines Company repeats and incorporates its responses to each of the foregoing paragraphs as if fully set forth herein.

10. The Medicines Company denies the allegations in paragraph 10.

11. The Medicines Company denies the allegations in paragraph 11.

**COUNT THREE**
(Declaration of Invalidity of the '727 Patent)

12. The Medicines Company repeats and incorporates its responses to each of the foregoing paragraphs as if fully set forth herein.

13. The Medicines Company denies the allegations in paragraph 13.

14. The Medicines Company denies the allegations in paragraph 14.

**COUNT FOUR**
(Declaration of Invalidity of the '343 Patent)

15. The Medicines Company repeats and incorporates its responses to each of the foregoing paragraphs as if fully set forth herein.

16. The Medicines Company denies the allegations in paragraph 16.

17. The Medicines Company denies the allegations in paragraph 17.

**COUNT FIVE**
(Declaration of Award of Attorneys' Fees, Costs, and Expenses)

18. The Medicines Company repeats and incorporates its responses to each of the foregoing paragraphs as if fully set forth herein.

19. The Medicines Company denies the allegations in paragraph 19.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff The Medicines Company respectfully requests the following relief:

(a) A judgment dismissing with prejudice Hospira's Counterclaims in their entirety;

(b) A judgment awarding The Medicines Company its attorneys' fees and costs in defending Hospira's Counterclaims;

(c) Such other and further relief as this Court may deem just and proper.

**JURY DEMAND**

The Medicines Company is unaware of any issues that entitle Hospira to a jury trial at this time.

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiff*
*The Medicines Company*

*Of Counsel:*

Edgar H. Haug
Porter F. Fleming
Angus Chen
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

Dated: September 24, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I further certify that I caused copies of the foregoing to be served on September 24, 2010 in the manner indicated to:

**VIA ELECTRONIC MAIL:**

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19899

**VIA ELECTRONIC MAIL:**

William F. Long
Kristen E. Goran
Sutherland Asbill & Brennen LLP
999 Peachtree Street NE
Atlanta, GA 30309-3996

*/s/ Laura D. Hatcher*
Laura D. Hatcher (#5098)
hatcher@rlf.com