IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MEDICINES COMPANY, | : | CIVIL ACTION |
|  | : | NO. 10-700-ER |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| HOSPIRA, INC., | : |  |
|  | : |  |
| Defendant. | : |  |

**O R D E R**

**AND NOW**, this **10th** day of **November, 2010**, it is hereby **ORDERED** that Civil Action Number 10-700-ER (Medicines Company v. Hospira, Inc.) is **CONSOLIDATED** with Civil Action Number 09-750 (Medicines Company v. Teva Parenteral Medicines, Inc., et al.) for pretrial purposes.[1]

It is **FURTHER ORDERED** that the status and scheduling conference scheduled for Friday, November 19, 2010, at 2:30 P.M., is **CANCELLED**.[2]

**AND IT IS SO ORDERED.**

  S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**

---

[1] Any issues regarding the impact on the discovery schedule and procedures due to this consolidation shall be addressed to the Special Master appointed for the consolidated cases under Civil Action Number 09-750-ER.

[2] If the parties believe that the status and scheduling conference should be rescheduled, they shall submit a request to the Court in writing.